Cory G. Lee, Esq. (SBN 216921)
**The Downey Law Firm, LLC** (*Of Counsel*)
433 N. Camden Drive, 6th Floor
Beverly Hills, California 90210
Tel:   (610) 324-2848
Fax:   (610) 813-4579
Email: downeyjusticelee@gmail.com

Attorneys for Plaintiff and the proposed Class

Howard A. Sagaser, (SBN 72492)
Ian B. Wieland, (SBN 285721)
**SAGASER, WATKINS & WIELAND, PC**
7550 North Palm Avenue, Suite 100
Fresno, California 93711
Tel: (559) 421-7000
Facsimile: (559) 473-1483

Attorneys for Defendant WAWONA FROZEN FOODS

# UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| LUIS AGUILAR, on behalf of himself and on behalf of all other similarly situated individuals,<br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>WAWONA FROZEN FOODS; WAWONA EXPORT; WAWONA PACKING CO. LLC., and DOES 1-50, inclusive,<br>　　　　　Defendants. | Case No.:  1:15-cv-00093---GSA<br><br>**STIPULATION FOR FILING OF AMENDED COMPLAINT; ORDER** |

/ / /

/ / /

- 1 –

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Plaintiff may file an Amended Complaint, a copy of which is attached hereto.

Respectfully submitted,

The Downey Law Firm, LLC

_____
Cory Lee
*Of Counsel*
Counsel for the Plaintiff and the putative class

Dated: April ___, 2015

SAGASER, WATKINS & WIELAND, PC

_____
Howard A. Sagaser
Counsel for Defendant WAWONA FROZEN FOODS

Dated: April ___, 2015

### ORDER

Based on the stipulation between the parties, a fully executed copy of which is located on the docket as ECF No. 19, Plaintiff is granted leave to file an amended complaint. Plaintiff's First Amended Complaint, which was filed simultaneously with the parties' stipulation as ECF No. 20, is deemed filed as of April 27, 2015, the date of Plaintiff's filing of this Stipulation and Order.

IT IS SO ORDERED.

Dated: **April 30, 2015**         **/s/ Gary S. Austin**
                          UNITED STATES MAGISTRATE JUDGE

- 2 –

Stipulation For Filing of Amended Complaint; Order
Aguilar v. Wawona Frozen Foods, *et al*.
U.S.D.C. E.D.C.A. Case No.: 1:15-cv-00093