**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

| | |
|---|---|
| LUIS AGUILAR,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WAWONA FROZEN FOODS, et. al.,<br><br>　　　　Defendants. | Case No.: 1:15-cv-00093---GSA<br><br>**ORDER TO SHOW CAUSE FOR FAILURE TO TIMELY FILE CONSENT OR DECLINE FORM AS ORDERED BY THE COURT** |

　　　　On April 24, 2015, the parties appeared before the Court for a status conference re. consent at which the issue of consent/decline as to the jurisdiction of a magistrate judge was discussed.  Plaintiff Luis Aguilar was ordered to file the appropriate form indicating whether he consented or declined to consent, no later than May 1, 2015.  Doc. 18.  To date Plaintiff has not filed the requisite form.  Accordingly, within five court days from the date of issuance of this order, Plaintiff Luis Aguilar is ORDERED to show cause, if any, why monetary sanctions should not be imposed for his failure to comply with the Court's order.

-1-

Alternatively, within five court days from the date of issuance of this order, Plaintiff may file the appropriate form indicating either consent or decline re. magistrate judge jurisdiction over this case.

IT IS SO ORDERED.

    Dated: **May 11, 2015**             **/s/ Gary S. Austin**
                                                                  UNITED STATES MAGISTRATE JUDGE