Cory G. Lee, Esq. (SBN 216921)
**The Downey Law Firm, LLC** (*Of Counsel*)
9595 Wilshire Blvd., Suite 900
Beverly Hills, California 90212
Tel:   (610) 324-2848
Fax:   (610) 813-4579
Email: downeyjusticelee@gmail.com

Attorneys for Plaintiff and the proposed Class

Howard A. Sagaser, (SBN 72492)
Ian B. Wieland, (SBN 285721)
**SAGASER, WATKINS & WIELAND, PC**
7550 North Palm Avenue, Suite 100
Fresno, California 93711
Tel:  (559) 421-7000
Facsimile: (559) 473-1483

Attorneys for Defendant WAWONA FROZEN FOODS

**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

| | |
|---|---|
| LUIS AGUILAR, on behalf of himself and on behalf of all other similarly situated individuals,<br><br>    Plaintiff,<br><br>  v.<br><br>WAWONA FROZEN FOODS; WAWONA EXPORT; WAWONA PACKING CO. LLC., and DOES 1-50, inclusive,<br>    Defendants. | Case No.:  1:15-cv-00093-TLN-GSA<br><br>**STIPULATION AND ORDER FOR FILING OF SECOND AMENDED COMPLAINT** |

  / / /

  / / /

- 1 –

Stipulation and Order For Filing of Second Amended Complaint; Order
Aguilar v. Wawona Frozen Foods, *et al*.
U.S.D.C. E.D.C.A. Case No.: 1:15-cv-00093-TLN-GSA

*Whereas*, the Parties wish to resolve any disagreement related to Plaintiff's filing of a Second Amended Complaint;

*Whereas*, the parties have agreed that Plaintiff will withdraw his Motion for Leave to File a Second Amended Complaint, Docked No. 41;

*Whereas*, the Plaintiff has agreed to refrain from running radio advertising related to Defendant for the pendency of this case;

*Whereas*, Defendant has agreed to provide the contact information (name, address, and telephone number) for the Class upon Court Order if and when the issue of the need for an opt-out notice is raised before the Court and the Court orders disclosure of the class list with or without an opt-out notice;

*Whereas*, Plaintiff has agreed to appear for deposition at a mutually agreeable time and place for the limited purpose of examination on the issue of the amendments to the First Amended Complaint contained in the Second Amended Complaint.

*THEREFORE*, IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Plaintiff may file a Second Amended Complaint, a copy of which is attached hereto.

Respectfully submitted,

The Downey Law Firm, LLC

/s/  Cory G. Lee
_____
Cory Lee
*Of Counsel*
Counsel for the Plaintiff and the putative class

Dated:  September _30, 2015

SAGASER, WATKINS & WIELAND, PC

/s/ Howard A. Sagaser
_____
Howard A. Sagaser
Counsel for Defendant WAWONA FROZEN FOODS

Dated:  September  30, 2015

- 2 –

Stipulation and Order For Filing of Second Amended Complaint; Order
Aguilar v. Wawona Frozen Foods, *et al*.
U.S.D.C. E.D.C.A. Case No.: 1:15-cv-00093-TLN-GSA

**ORDER**

Based on the above stipulation between the parties, Plaintiffs are granted leave to file a Second Amended Complaint ("SAC"). The Clerk of the Court is directed to file in Plaintiffs' SAC that is an attachment to the Stipulation and Proposed Order (ECF No. 44-1) as a separate docket entry.

Since the parties have stipulated to the amendment and Plaintiffs have filed a Notice of Withdrawal of the Motion for Leave to Amend the Complaint, the hearing set for October 23, 2015 at 9:30 a.m. is VACATED.

IT IS SO ORDERED.

Dated: **October 1, 2015**            **/s/ Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE

- 3 –

Stipulation and Order For Filing of Second Amended Complaint; Order
Aguilar v. Wawona Frozen Foods, *et al*.
U.S.D.C. E.D.C.A. Case No.: 1:15-cv-00093-TLN-GSA