Cory G. Lee, Esq. (SBN 216921)
**The Downey Law Firm, LLC** (*Of Counsel*)
9595 Wilshire Blvd., Suite 900
Beverly Hills, California 90212
Tel:   (610) 324-2848
Fax:   (610) 813-4579
Email: downeyjusticelee@gmail.com

Attorneys for Plaintiff and the proposed Class

Howard A. Sagaser, (SBN 72492)
Ian B. Wieland, (SBN 285721)
**SAGASER, WATKINS & WIELAND, PC**
7550 North Palm Avenue, Suite 100
Fresno, California 93711
Tel:  (559) 421-7000
Facsimile: (559) 473-1483

Attorneys for Defendant WAWONA FROZEN FOODS

**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

| | |
|---|---|
| LUIS AGUILAR, on behalf of himself and on behalf of all other similarly situated individuals,<br><br>  Plaintiff,<br><br>  v.<br><br>WAWONA FROZEN FOODS; WAWONA EXPORT; WAWONA PACKING CO. LLC., and DOES 1-50, inclusive,<br><br>  Defendants. | Case No.:  1:15-cv-00093-TLN-EPG<br><br>**STIPULATION FOR EXTENSION TO DISCOVERY COMPLETION DATES AND RELATED DATES; ORDER** |

/ / /

/ / /

- 1 –

Stipulation For Extension to Discovery Completion Date and Related Dates; Order
Aguilar v. Wawona Frozen Foods, *et al*.
U.S.D.C. E.D.C.A. Case No.: 1:15-cv-00093-TLN-EPG

1  *Whereas*, the Court's May 20, 2015 Pretrial Scheduling Order bifurcated discovery and set
2  the following dates:

3  Phase I Discovery Completion Date:        March 25, 2016
4  Phase I Expert Witness Disclosures:       April 22, 2016
5  Phase I Supplemental Expert Disclosures:  20 days after expert disclosure
6  Filing of Motion for Class Certification: May 20, 2016

7  *Whereas*, the parties telephonically conferenced with Magistrate Judge Grosjean on
8  December 15, 2015, to discuss and resolve certain discovery disputes;
9  *Whereas*, the parties have agreed that a forty-five day extension to the Phase I Discovery
10 Completion Date is warranted to permit time for the parties to agree upon and complete the opt-
11 out mailing process for class contact information as recommended by Magistrate Judge Grosjean
12 and complete discovery pursuant to the disclosure of the class list and related employment records.

26  / / /
27  / / /
28

- 2 –

Stipulation For Extension to Discovery Completion Date and Related Dates; Order
Aguilar v. Wawona Frozen Foods, *et al*.
U.S.D.C. E.D.C.A. Case No.: 1:15-cv-00093-TLN-EPG

1    *THEREFORE*, IT IS HEREBY STIPULATED by and between the parties hereto through
2 their respective attorneys of record that the Phase I Discovery Completion Date be extended to
3 May 9, 2016.  All other dates in the Court's May 20, 2015, Pre-Trial Scheduling Order will remain
4 the same, including:  Phase I Expert Witness Disclosures: April 22, 2016; Phase I Supplemental
5 Expert Disclosure; Filing of Motion for Class Certification: May 20, 2016.

Respectfully submitted,

The Downey Law Firm, LLC

/s/ Cory G. Lee

_____
Cory G. Lee
*Of Counsel*
Counsel for the Plaintiff and the putative class

Dated:  January 21, 2016

SAGASER, WATKINS & WIELAND, PC

/s/ Howard A. Sagaser

_____
Howard A. Sagaser
Counsel for Defendant WAWONA FROZEN FOODS

Dated:  January 22, 2016

/ / /

/ / /

- 3 –

Stipulation For Extension to Discovery Completion Date and Related Dates; Order
Aguilar v. Wawona Frozen Foods, *et al*.
U.S.D.C. E.D.C.A. Case No.: 1:15-cv-00093-TLN-EPG

# ORDER

**The date for Phase I Discovery Completion set forth in the Court's Pretrial Scheduling Order is continued as follows:**

    **Phase I Discovery Completion Date:**    May 9, 2016;

**IT IS SO ORDERED**

**Dated: January 26, 2016**

_____
Troy L. Nunley
United States District Judge

- 4 –

Stipulation For Extension to Discovery Completion Date and Related Dates; Order
Aguilar v. Wawona Frozen Foods, *et al*.
U.S.D.C. E.D.C.A. Case No.: 1:15-cv-00093-TLN-EPG