Philip A. Downey (*pro hac vice*)
Cory G. Lee, Esq. (SBN 216921)
**THE DOWNEY LAW FIRM, LLC**
9595 Wilshire Blvd., Suite 900
Beverly Hills, California 90212
Tel:  (213) 291-3333
Fax:  (610) 813-4579

Attorney for Plaintiffs and the proposed Class

Howard A. Sagaser (SBN 72492)
Ian B. Wieland (SBN 285721)
**SAGASER, WATKINS & WIELAND, PC**
7550 North Palm Avenue, Suite 100
Fresno, California 93711
Tel:  (559) 421-7000
Fax:  (559) 473-1483

Attorneys for Defendant WAWONA FROZEN FOODS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS AGUILAR and VIDA RAMOS, on behalf of themselves and on behalf of all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>WAWONA FROZEN FOODS; WAWONA EXPORT; WAWONA PACKING CO. LLC, and DOES 1–50, inclusive,<br><br>Defendants. | No. 1:15-cv-00093-DAD-EPG<br><br>STIPULATION TO EXTEND DEADLINES WHILE THE PARTIES ATTEND MEDIATION; ORDER |

*Whereas*, the Court's May 20, 2015 Pretrial Scheduling Order bifurcating discovery and the Court's January 26, 2016 Order set the following deadlines:

    Phase I Discovery Completion Date:    May 9, 2016

    Phase I Expert Witness Disclosures:    April 22, 2016

| | |
|---|---|
| Phase I Supplemental Expert Disclosures: | 20 days after expert disclosure |
| Filing of Motion for Class Certification: | May 20, 2016 |

*Whereas*, the Parties have agreed to mediate this case before Judge Patrick J. O'Hara (retired) on May 3, 2016;

*Whereas*, the Parties have agreed to a sixty (60) day extension of the above deadlines to allow the parties to focus on mediation and potentially avoid the expense of additional discovery.

*THEREFORE*, IT IS HEREBY STIPULATED by and between the Parties through their attorneys of record that the deadlines below be extended by sixty (60) days as follows:

Motion for Order Requiring Plaintiff to Submit a Trial Plan is set for June 13, 2016.

| | |
|---|---|
| Phase I Discovery Completion Date: | July 8, 2016 |
| Phase I Expert Witness Disclosures: | June 21, 2016 |
| Phase I Supplemental Expert Disclosures: | 20 days after expert disclosure |
| Filing of Motion for Class Certification: | July 19, 2016 |

Respectfully submitted,

**THE DOWNEY LAW FIRM, LLC**

Dated: 04/06/16   /s/ Philip Downey

Philip A. Downey

Counsel for the Plaintiffs and the proposed Class


**SAGASER, WATKINS & WIELAND, PC**

Dated: 04/06/16   /s/ Ian Weiland

Ian Weiland

Counsel for Defendant, Wawona Frozen Foods

**ORDER**

**The following deadlines are extended as set forth below:**

    Motion for Order Requiring Plaintiff to Submit a Trial Plan is set for June 13, 2016.

| | |
|---|---|
| Phase I Discovery Completion Date: | July 8, 2016 |
| Phase I Expert Witness Disclosures: | June 21, 2016 |
| Phase I Supplemental Expert Disclosures: | 20 days after expert disclosure |
| Filing of Motion for Class Certification: | July 19, 2016 |

IT IS SO ORDERED.

Dated:   **April 7, 2016**                              _____
                                                  UNITED STATES DISTRICT JUDGE