Philip A. Downey (*pro hac vice*)
Cory G. Lee, Esq. (SBN 216921)
**THE DOWNEY LAW FIRM, LLC**
9595 Wilshire Blvd., Suite 900
Beverly Hills, California 90212
Tel:   (213) 291-3333
Fax:   (610) 813-4579

Robert W. Sink, Esq. (*pro hac vice*)
**LAW OFFICES OF ROBERT W. SINK**
1800 J.F.K. Boulevard, 14th Floor
Philadelphia, PA 19103
Tel:   (215) 995-1000
Fax:   (215) 475-4600

Attorneys for Plaintiffs and the proposed Class

Howard A. Sagaser, (SBN 72492)
Ian B. Wieland, (SBN 285721)
**SAGASER, WATKINS & WIELAND, PC**
7550 North Palm Avenue, Suite 100
Fresno, California 93711
Tel:   (559) 421-7000
Fax:   (559) 473-1483

Attorneys for Defendant WAWONA FROZEN FOODS

# UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| LUIS AGUILAR and VIDA RAMOS, on behalf of themselves and on behalf of all other similarly situated individuals,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>WAWONA FROZEN FOODS,<br>　　　　　　　　　Defendant. | Case No.: 1:15-cv-00093-DAD-EPG<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

- 1 –

1. On August 30, 2016, the Parties filed a Notice of Settlement with the Court.

2. On August 31, 2016 the Court set the deadline of October 14, 2016 for Plaintiffs to file their motion for preliminary approval of the class action settlement.

3. After lengthy negotiations, the Parties finally agreed to the terms of the Settlement Agreement earlier this week.  Defense counsel informed Plaintiffs' counsel today that, despite reasonable efforts, they have been unable to secure their client's signature on the Settlement Agreement as expected.  Defense counsel need an additional week to get their client's signature.

4. Accordingly, the Parties jointly request a one-week extension of the deadline to file the motion for preliminary approval.

*THEREFORE*, IT IS HEREBY STIPULATED by and between the Parties through their attorneys of record that the deadline for Plaintiffs to file their unopposed motion for preliminary approval is extended until October 21, 2016.

Respectfully submitted,

**LAW OFFICES OF ROBERT W. SINK**

Dated: 10/14/16

/s/ Robert Sink
Robert W. Sink
Counsel for the Plaintiffs and the proposed Classes

**THE DOWNEY LAW FIRM, LLC**

Dated:  10/14/16

/s/ Philip Downey
Philip A. Downey
Counsel for the Plaintiffs and the proposed Classes

**SAGASER, WATKINS & WIELAND, PC**

Dated:  10/14/16

/s/ Ian Wieland
Ian Wieland
Counsel for Defendant, Wawona Frozen Foods

- 2 –

**STIPULATION TO EXTEND DEADLINES; ORDER**
*Aguilar v. Wawona Frozen Foods, et al.*
U.S.D.C. E.D.Cal. Case No.: 1:15-cv-00093

# ORDER

The deadline for Plaintiffs to file their motion for preliminary approval of the class action settlement is extended until October 21, 2016.

IT IS SO ORDERED.

Dated: __October 14, 2016__    /s/ Erica P. Grosjean
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

- 3 –

**STIPULATION TO EXTEND DEADLINES; ORDER**
*Aguilar v. Wawona Frozen Foods, et al.*
U.S.D.C. E.D.Cal. Case No.: 1:15-cv-00093