UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS AGUILAR, et al., | No. 1:15-cv-00093-DAD-EPG |
| Plaintiffs, | |
| v. | ORDER SETTING DATES FOLLOWING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT |
| WAWONA FROZEN FOODS, et al., | |
| Defendants. | |

Pursuant to the proposed order filed January 13, 2017, the court hereby sets the following schedule:

| Event | Date |
|---|---|
| Defendant will cause a notice of the proposed Settlement to be served upon the appropriate state and federal officials pursuant to 28 U.S.C. § 1715. | January 21, 2017 |
| Defendant provides Settlement Administrator with Class Member information. | January 21, 2017 |
| Settlement Administrator mails Notice packet to Class Members. | January 31, 2017 |

| | |
|---|---|
| Deadline for Class Members to submit FLSA Opt-In Form, Exclusion, or Objections. | March 2, 2017 |
| Deadline to File Motion for Final Approval of Settlement and Motion for Attorneys' Fees, Expenses and Enhancement Awards. | April 18, 2017 |
| Deadline for Defendant to deposit the First Installment with the Settlement Administrator. (Settlement Agreement, Doc. 70-2, ¶ 38.) | April 30, 2017 |
| Final Approval Hearing. | May 16, 2017 at 9:30 a.m. |

IT IS SO ORDERED.

Dated: **January 23, 2017**

_____
UNITED STATES DISTRICT JUDGE